# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION, ) | Case No.: C-12-01062 PSG |
| ) | |
| Plaintiff, ) | **ORDER OF RECUSAL** |
| v. ) | |
| ) | |
| ACRONIS, INC., ) | |
| ) | |
| Defendant. ) | |

I hereby recuse myself from hearing or determining any matters in the above case. The Clerk of Court shall randomly reassign this case.

**IT IS SO ORDERED**.

Dated:   3/5/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 12-01062 PSG
ORDER RE RECUSAL